**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     H-E-B, LP v. Maria  Saenz

Appellate case number:   01-20-00850-CV

Trial court case number:  2019-63447

Trial court:                269th District Court of Harris County

The motion for rehearing en banc is **denied**.


It is so **ORDERED**.


Judge's signature: _____/s/ Peter Kelly_____
                 ☐ Acting individually    ☑ Acting for the Court


Panel consists of Chief Justice Radack, and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date:   ___January 13, 2022_____